(using § 4082 as an example of "escape" under 18 U.S.C. § 751).

**AFFIRMED.**

**In the Matter of MLCI, INC.; Superwash Corp., Debtors,**

**Michael Cutter; Javier Hernandez, Appellants,**

**v.**

**Superwash Nevada, Inc.; Paul Cutter; Mark Cutter; MLCI Inc., Appellees.**

**No. 08–15404.**

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2009.*

Filed June 18, 2009.

Robert S. Porter, Esquire, Porter Law Firm, Phoenix, AZ, for Appellants.

S. Cary Forrester, Esquire, Forrester & Worth, PLC, Phoenix, AZ, for Appellees.

Before: TROTT, McKEOWN and IKUTA, Circuit Judges.

MEMORANDUM **

We affirm for the reasons set out in the thoughtful opinion by the Bankruptcy Appellate Panel.

**AFFIRMED.**

**Pauline IM; et al., Petitioners,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–70027.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 17, 2007.

Filed June 19, 2009.

Emmanuel Eke Enyinwa, Esquire, Law Office of Emmanuel Enyinwa, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Blair O'Connor, Assistant Director, OIL, Donald E. Keener, Esquire, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.